UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY TYRONE WILLIS, | ) | 1:02-cv-05275-AWI-TAG HC |
| Petitioner, | ) | |
| | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION (Doc. 21) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS (Doc. 1) |
| ERNEST ROE, WARDEN, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On March 12, 2002, Petitioner filed the instant petition for writ of habeas corpus. (Doc. 1). On April 4, 2005, the United States Magistrate Judge issued a Report and Recommendation recommending that the petition for writ of habeas corpus be denied. (Doc. 21). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

1

*novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed April 4, 2004 (Court Doc. 21), is ADOPTED IN FULL;
2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 26, 2005**                      **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE

2